IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Rhodes, Linda

Printed: 12/16/08

Case Number: 04 B 01027
Judge: Wedoff, Eugene R
Filed: 1/9/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: July 7, 2008
Confirmed: March 25, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 37,305.16 |  |
| Secured: |  | 23,717.68 |
| Unsecured: |  | 9,405.29 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,152.70 |
| Trustee Fee: |  | 1,948.46 |
| Other Funds: |  | 81.03 |
| Totals: | 37,305.16 | 37,305.16 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,152.70 | 2,152.70 |
| 2. | Consumer Portfolio Services | Secured | 23,717.68 | 23,717.68 |
| 3. | Consumer Portfolio Services | Unsecured | 7,631.68 | 7,631.68 |
| 4. | Premier Bankcard | Unsecured | 490.60 | 490.60 |
| 5. | United Collection Bureau Inc | Unsecured | 114.46 | 114.46 |
| 6. | Insta Cash | Unsecured | 359.56 | 0.00 |
| 7. | Cingular Wireless | Unsecured | 576.33 | 576.33 |
| 8. | Americash Loans, LLC | Unsecured | 592.22 | 592.22 |
| 9. | AT&T Wireless | Unsecured |  | No Claim Filed |
| 10. | ICS | Unsecured |  | No Claim Filed |
| 11. | Check Into Cash | Unsecured |  | No Claim Filed |
| 12. | Chicago Central | Unsecured |  | No Claim Filed |
| 13. | Trustmark Recovery Services | Unsecured |  | No Claim Filed |
| 14. | Dominick's Finer Foods | Unsecured |  | No Claim Filed |
| 15. | NYE Partners In Womens Health | Unsecured |  | No Claim Filed |
| 16. | OSI Collection Svc Inc | Unsecured |  | No Claim Filed |
| 17. | Mercy Medical Center | Unsecured |  | No Claim Filed |
| 18. | Mercy Medical Center | Unsecured |  | No Claim Filed |
| 19. | Risk Management Alternatives | Unsecured |  | No Claim Filed |
| 20. | University Of Chicago Medical Center | Unsecured |  | No Claim Filed |
|  |  |  | $ 35,635.23 | $ 35,275.67 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Rhodes, Linda

Printed: 12/16/08

Case Number:  04 B 01027
Judge:  Wedoff, Eugene R
Filed:  1/9/04

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 7% | 111.71 |
| 4% | 121.27 |
| 6.5% | 365.51 |
| 3% | 70.75 |
| 5.5% | 352.04 |
| 5% | 117.91 |
| 4.8% | 210.21 |
| 5.4% | 599.06 |
| | $ 1,948.46 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

